DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIO CESAR RUIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2360

[June 4, 2026]

Appeal of order denying petition for writ of habeas corpus from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case Nos. 562017CF002506AXXXXX;562018CF000592AXXXXX.

Hani Adel Demetrious of the Law Office of Robert David Malove, P.A., Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***